UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          MAGISTRATE NO.: 19·09256

                                  :
        v.                        :          CRIMINAL ACTION
                                  :
James McClure                     :          ORDER OF RELEASE


The Court orders the defendant, _James McClure____, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _____


_James McClure____                           1-9-2020
DEFENDANT                                     DATE


It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_Anthony R. Mautone____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

1|9|2020
DATE


I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
U.S. PRETRIAL SERVICES OFFICER